IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STEVEN MORRIS COHEN, an Individual,<br><br>     Plaintiff,<br><br>vs.<br><br>JESS M. MARTINEZ, M.D., GEORGIA EMERGENCY ASSOCIATES, P.C., a Georgia Professional Corporation, GLYNN-BRUNSWICK MEMORIAL HOSPITAL AUTHORITY, d/b/a SOUTHEAST GEORGIA HEALTH SYSTEM-CAMDEN CAMPUS, a Georgia Corporation, JONATHAN M. WINSTEAD, M.D., GEORGIA EMERGENCY PHYSICIAN SPECIALISTS, LLC, a Georgia Limited Liability Company, and MEMORIAL HEALTH UNIVERSITY MEDICAL CENTER, INC., a Georgia corporation,<br><br>     Defendants. | CIVIL ACTION NO.<br>2:13-CV-00167-LGW-JEG |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW all Parties in this action, through the signatures of their respective counsel below, and file this Stipulation of Dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties jointly request the dismissal of the Plaintiff's Complaint without prejudice and stipulate to the same, with each party to bear its own attorney's fees and expenses. The Plaintiff will be refiling the suit against all Defendants in Georgia State Court due to jurisdictional issues raised by Defendants. A Proposed Order of Dismissal is attached.

[Signature page follows]

1

Respectfully submitted this  11th  day of December, 2014.

EDWARDS & RAGATZ, P.A.

/s/  Lindsay L. Tygart
Thomas S. Edwards, Jr.
Florida Bar No. 395821
Lindsay L. Tygart
Florida Bar No. 28578
501 Riverside Avenue, Suite 601
Jacksonville, FL  32202
Attorneys for Plaintiff
(904) 399-1609
(904) 399-1615 fax
service@edwardsragatz.com
tse@edwardsragatz.com
llt@edwardsragatz.com
lrl@edwardsragatz.com
kah@edwardsragatz.co
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

BOUHAN FALLIGANT, LLP

/s/ Carlton E. Joyce
Carlton E. Joyce
Georgia Bar No. 405515
John B. Manly, Esq.
Georgia Bar No. 194011
447 Bull Street
P.O. Box 2139
Savannah, GA  31402
(912) 232-7000
(912) 233-0811 fax
cejoyce@bouhan.com
JBManly@bouhan.com
*Attorneys for Defendants*
*Jess M. Martinez, M.D.*
*Georgia Emergency Associates, P.C.*

OLIVER MANER, LLP

/s/ Andrew M. Wilkes
I.  Gregory Hodges
Andrew M. Wilkes
218 West State Street
Savannah, GA  31401
(912) 236-3311
*Attorney for Jonathan M. Winstead,*
*M.D. and Emergency Physicians*
*Specialists, LLC*

HALL BOOTH SMITH, P.C.

/s/ N. Daniel Lovein
N. Daniel Lovein
3528 Darien Highway
Suite 300
Brunswick, GA  31525
(912) 554-0093
*Attorney for Glynn Brunswick*
*Hospital Authority*

HUNTER MACLEAN

/s/ Christopher W. Phillips
Christopher W. Phillips
Georgia Bar No. 002920
200 East St. Julian Street
Savannah, GA  31401
(912) 236-0261
*Attorney for Memorial Health University*
*Medical Center, Inc.*